467 P.2d 998

**BOARD OF REGENTS OF EASTERN NEW MEXICO UNIVERSITY, and Ernest Wheeler, Jr., Marjorie E. Beck, Howard Martin, Donald Anderson, and Eugene E. Brockman, the members thereof, Petitioners,**

v.

**Honorable Dee C. BLYTHE, District Judge, Respondent.**

**No. 9037.**

Supreme Court of New Mexico.

April 30, 1970.

Ordered, in the exercise of the superintending control of this Court and in order to afford the petitioners an effective appeal from the respondent's judgment, that the alternative writ of prohibition heretofore issued on April 8, 1970, be and the same is hereby made permanent; provided, however, that if no timely appeal is taken, the writ will be discharged upon application.

467 P.2d 998

**Cruz M. SEDILLO, II, Petitioner,**

v.

**Honorable Joe ANGEL, District Judge of the Fourth Judicial District of New Mexico, Respondent.**

**No. 9052.**

Supreme Court of New Mexico.

May 5, 1970.

COMPTON, Chief Justice, and TACKETT, WATSON, SISK and McKENNA, Justices, concurring.

Ordered that petition for writ of certiorari be and the same is hereby denied.